UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
GARDEN,                                                           ORDER OF DISMISSAL
            Plaintiff,                                          CV-03-1836(TCP)
  -v-


SHAMROCK AUTO SALES, et al.,
            Defendants.
----------------------------------------------------X

     Plaintiff was asked by the Court to submit an order for default in the above case. To date no default judgement order was submitted. This case is closed for failure to prosecute.

     IT IS HEREBY ORDERED, that the above case is dismissed.

     IT IS FURTHER ORDERED that the Clerk of the Court is directed to mark the case closed.


                                                /s/
                                                Thomas C. Platt
                                                U.S. District Judge


Dated: Central Islip, NY
        March 1, 2006